■ RENEE KINGSTONE, Appellant, v LEONARD O. KINGSTONE, Respondent, and MORRIS H. HALPERN, Appellant.—In a matrimonial action, plaintiff and her attorney appeal from so much of a judgment of divorce of the Supreme Court, Nassau County, entered March 16, 1979, as awarded an additional counsel fee in the amount of $3,000. Judgment modified, on the facts, by increasing the additional counsel fee to $7,500. As so modified, judgment affirmed insofar as appealed from, with costs to appellants. The

award of the additional counsel fee was inadequate to the extent indicated herein. Damiani, J. P., Titone, Gulotta and Shapiro, JJ., concur.